| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | NATHANAEL M. COUSINS (CABN 177944)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7368<br>Facsimile: (415) 436-7234 |
| 8 | E-Mail: nat.cousins@usdoj.gov |
| 9 | Attorneys for the United States |

**ORIGINAL**

**FILED**

AUG X 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JCS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3 08 70498 |
| Plaintiff, | ) | |
| | ) | **NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) and (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |
| v. | ) | |
| BRUCE MICHAEL YOUNG, | ) | |
| Defendant. | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about July 31, 2008, defendant BRUCE MICHAEL YOUNG was arrested based upon an arrest warrant (copy attached as Ex. 1) issued upon a violation of supervised release order pending in the District of Oregon, case number CR 97-60073-1, assigned to United States District Court Michael Hogan.

NOTICE OF PROCEEDINGS

| | | |
|---|---|---|
| 1 | DATED: August 1, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | /s/ |
| 5 | | NATHANAEL M. COUSINS<br>Assistant United States Attorney |

NOTICE OF PROCEEDINGS

# UNITED STATES DISTRICT COURT
## for
### District of Oregon

0565-0208-0463-D

U.S.A. vs **BRUCE MICHAEL YOUNG**     Docket No. **CR 97-60073-1-HO**

TO:[1]    Any U.S. Marshal or any other authorized officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF PROBATIONER/SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Bruce Michael Young | MALE | WHITE | 49 |

ADDRESS (STREET, CITY, STATE)
**Unknown**

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Eugene, Oregon | April 15, 2003 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
**U.S. District Court, Eugene, Oregon**

| **DONALD M. CINNAMOND** | [signature] | 2/7/05 |
|---|---|---|
| CLERK | (BY DEPUTY CLERK) | DATE |

### RETURN

| Warrant received and executed. | Date Received 02/08/2005 | Date Executed 07/31/2008 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)
USMS / San Francisco, CA

| NAME | (BY) For | DATE |
|---|---|---|
| Mark Barr | DUSM Bret Lemmon | 7/31/2008 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for_____ District of_____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

Ex. 1

| | | |
|---|---|---|
| PROB 12-OR<br>(12-06-04) | **UNITED STATES DISTRICT COURT**<br>for<br>**DISTRICT OF OREGON** | **PETITION FOR WARRANT**<br>**AND**<br>**ORDER TO SHOW CAUSE** |

U.S.A. vs. BRUCE MICHAEL YOUNG　　　　　　　　　　　　　　　　Docket No. CR 97-60073-1

### Petition on Probation and Supervised Release

COMES NOW MARK J. WALKER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bruce Michael Young, who was placed on supervision by The Honorable Michael R. Hogan sitting in the court at Eugene, Oregon, on the fifteenth day of April, 2003, who fixed the period of supervision at five years,* and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: NO SPECIAL CONDITIONS ORDERED.

*Term of supervised release commenced on May 20, 2004.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Standard Condition #7** - **Failure to submit and truthful and complete written report.** Mr. Young has failed to submit monthly reports for the months November and December of 2004, and January of 2005.

**Violation of Standard Condition #11** - **Failure to notify the probation officer within 72 hours of any change in residence or employment.** Mr. Young was residing at the East University Quad Apartment complex at 738 East Sixteenth Street. He was also employed at that facility as a part time maintenance man. On January 18, 2005, the manager of the apartment complex advised that Mr. Young had failed to pay his rent, had failed to show up for work, and attempts to locate him were unsuccessful. The apartment manager reported that Mr. Young essentially abandoned his apartment, leaving no forwarding address or phone numbers. Attempts by the probation office to contact Mr. Young have been unsuccessful and his whereabouts are unknown.

RECOMMENDED ACTION: Based upon the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a warrant and order to show cause why Bruce Young's term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2005.

Respectfully,　　　　　　　　　　　　　　　　　　　　**ORDER OF THE COURT**

_Mark J. Walker_　　　　　　　　　　　　　　　Considered and ordered this ___ day of February, 2005, and
Mark J. Walker　　　　　　　　　　　　　　　　ordered filed and made a part of the records in the above case.
Senior U.S. Probation Officer
Eugene, Oregon　　　　　　　　　　　　　　　　_Michael R. Hogan_
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Michael R. Hogan
Assistant U.S. Attorney　　　　　　　　　　　　U.S. District Judge

Certified to be a true and correct copy of original filed in my office
Dated 2-7-05
By _____ Deputy

Page 1 of 1

# MEMORANDUM

**DATE:** February 3, 2005

**TO:** Dennis C. Merrill
United States Marshal

**FROM:** Mark J. Walker
Senior U.S. Probation Officer

**SUBJECT:** **Warrant of Arrest/Petition and Order to Show Cause**
**RE:** **YOUNG, Bruce Michael**
**DOB:** **August 29, 1955**
**FBI:** **757004CA1**
**DKT:** **CR 97-60073-1-HO**

Attached is a Warrant of Arrest issued in the above case. Also attached is the copy of Petition and Order to Show Cause, which the Court directs be given to the named violator in person at the time the Warrant is executed.

## DATA AS TO VIOLATOR:

☐ Violator is in custody at

☐ Please place this Warrant as a detainer and notify us promptly when custody is assumed.

☒ The Probation Office file is available to your staff to assist you in the apprehension of this individual.

## I HAVE GIVEN A COPY OF THE PETITION AND ORDER TO SHOW CAUSE TO VIOLATOR.

_____ at _____
Name

_____     _____
Date                                  U.S. Marshal/Deputy

**NOTE: This service notice is to be returned to the originating U.S. Probation Office after its execution.**

USM Cover Memo - ORPF 014 (09-07-03)