AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA V. BRUCE MICHAEL YOUNG | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. District of CA | District of OR | 3-008-70498 JCS | CR97-60073-1 HO |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) Supervised Release Violation

charging a violation of                 U.S.C. §

**DISTRICT OF OFFENSE**
District of OR (Eugene)

**DESCRIPTION OF CHARGES:**

Supervised Release Violation

FILED
AUG 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

☐ Bail fixed at                 and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)  Dft admitted to being the person as charged and waived his Identity and Detention Hearing. Bond, if any, shall be transferred to the District of Offense

**Representation:**  ☐ Retained Own Counsel  X Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  X No  ☐ Yes  Language:

## NORTHERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 1, 2008
Date                                   United States Judge or Magistrate Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |