**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 4, 2008

Office of the Clerk
USDC District of Oregon
1000 S.W. Third Ave.
Portland, OR 97204

Case Name:    US-v- Bruce Michael Young
Case Number:  3-08-70498
Charges:      18:3583

Dear Clerk:

 The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Spero. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
          original Rule 40 affidavit
          original minute orders
    certified copy of *AO 94, Commitment to Another District*

 Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                    Sincerely yours,

                    RICHARD WIEKING, Clerk



                    by: Valerie Kyono
                    Case Systems Administrator

Enclosures
cc: Financial Office